UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe, et al.
                    Plaintiff,

v.                                            Case No.: 1:25−cv−10147
                                           Honorable Mary M. Rowland

Veradigm, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff motion to Proceed Under a Pseudonym [9] is denied without prejudice as it does not address recent seventh circuit precedent on this issue, see Doe v. Loyola Univ. Chicago, 100 F.4th 910 (7th Cir. 2024), reh'g denied, No. 22−2925, 2024 WL 2818036 (7th Cir. June 3, 2024). See also Doe v. Blue Cross & Blue Shield United of Wis., 112 F.3d 869, 872 (7th Cir.1997) (plaintiff's fear of disclosure of medical and psychiatric information through litigation was insufficient to support proceeding under a pseudonym, but the judge could require the plaintiff's records to be placed under seal if the "psychiatric records contain material that would be highly embarrassing to the average person yet somehow pertinent to this suit and so an appropriate part of the judicial record." Plaintiffs may refile their motion or file an amended complaint identifying themselves by 10/6/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.