**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe, et al.
Plaintiff,
v.
Case No.: 1:25−cv−10147
Honorable Mary M. Rowland
Veradigm LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and settlement [70], [71]. The Court adopts the fact discovery deadline set by Judge Rowland [62]. Accordingly, fact discovery shall close on 3/10/2027. Additionally, the Court has reviewed Defendant's Motion to Compel Discovery [69], which the Court DENIES without prejudice. Pursuant to Local Rule 37.2 and this Court's Standing Order on Discovery Motions, the parties are to further meet and confer in good faith (by phone or video; emails alone will not suffice) to resolve this dispute before seeking court intervention. Specifically, the Court reminds the parties that it is incumbent upon them to tailor discovery requests themselves, as the Court will adjudicate each discovery request based on the totality of the request. If a request is overboard and a party has failed to tailor it on its own, the request will be denied; the Court will not tailor discovery requests for the parties. Additionally, to the extent that any party is claiming privilege, the Court directs the parties to review its Standing Order on Privilege Logs, which generally requires the withholding party to provide a privilege log. The parties shall call in for a telephonic status hearing on 10/19/26 at 10:30am, to provide an update on the status of fact discovery, including their efforts to resolve this dispute, and any interest in settlement. If, after further meet−and−confer efforts, a dispute on this issue still exists, the parties may raise it before the Court at this hearing. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.